IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Janisha P. Price,**<br><br>       **Plaintiff,**<br><br>v.<br><br>**Waste Management, Inc.,**<br><br>       **Defendant.** | **Case No. 1:13-cv-02535-ELH** |

## DEFENDANT'S MOTION TO DISMISS

Defendant Waste Management, Inc. ("WMI"), by and through its undersigned counsel, and pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure, hereby moves for dismissal of the Complaint.[1] As explained more fully in the accompanying memorandum of law, plaintiff Janisha Price's ("Plaintiff") Complaint should be dismissed because (1) this Court lacks personal jurisdiction over WMI; and (2) this Court lacks subject matter jurisdiction over Plaintiff's Title VII claims.

---

[1] Plaintiff, who is proceeding *pro se*, is advised that the failure to respond to a dispositive motion may result in the district court granting the motion and dismissing the case. *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975).

                                             Respectfully submitted,

                                             ***/s/ Alison N. Davis***
                                             Alison N. Davis (Fed. Bar No. 27987)
                                             andavis@littler.com
                                             Ethan D. Balsam (Fed. Bar No. 18761)
                                             ebalsam@littler.com
                                             LITTLER MENDELSON, P.C.
                                             1150 17th Street N.W., Suite 900
                                             Washington, DC  20036
                                             Tel: 202.772.2533
                                             Fax: 866.724.3975

                                             Counsel for Defendant
                                             Waste Management, Inc.

November 26, 2013

2.