IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Janisha P. Price,**     **Plaintiff,**   v.  **Waste Management, Inc.,**     **Defendant.** | **Case No. 1:13-cv-02535-ELH** |

### [PROPOSED] ORDER

Upon consideration of defendant Waste Management, Inc.'s Motion to Dismiss Plaintiff's Complaint, the Memorandum of Law in support thereof, any Opposition thereto, and any Reply in support of the Motion, it is hereby:

ORDERED that Defendant's Motion is GRANTED, and the claims and allegations described in the Motion are dismissed with prejudice.

Date: _____                    _____
                                                                            Honorable Ellen L. Hollander
                                                                            United States District Judge