IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Janisha P. Price,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**Waste Management, Inc.,**<br><br>        **Defendant.** | **Case No. 1:13-cv-02535-ELH** |

### CERTIFICATE OF SERVICE

This is to certify that, on November 26, 2013, I caused copies of the below-listed documents to be served by first class mail, postage prepaid, on Plaintiff as follows:

Janisha Price
206 East Chase Street
Baltimore, Maryland 21202
Pro Se Plaintiff

Documents Served:

1. Motion to Dismiss;
2. Memorandum of Law in Support of Motion to Dismiss;
3. Declaration of Linda J. Smith; and
4. Proposed Order.

/s/ *Alison N. Davis*
Alison N. Davis