IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Janisha P. Price,**<br><br>      **Plaintiff,**<br><br>v.<br><br>**Waste Management, Inc.,**<br><br>      **Defendant.** | Case No. 1:13-cv-02535-ELH |

## CERTIFICATE OF SERVICE

This is to certify that, on January 8, 2014, I caused copies of the below-listed documents to be served by first class mail, postage prepaid, on Plaintiff as follows:

Janisha Price
206 East Chase Street
Baltimore, Maryland 21202
Pro Se Plaintiff

Documents Served:

1. Reply Memorandum of Law in Further Support of Motion to Dismiss; and
2. Declaration of Robert Kviklys w/exhibit.

*/s/ Alison N. Davis*
Alison N. Davis